# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREEPRIYA GOPALAN,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>BARACK OBAMA; USCIS, RACHAEL RAY, BRITNEY SPEARS,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09 CV 0878 JM (POR)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DISMISSING CASE WITH PREJUDICE** |

　　　　Plaintiff Shreepriya Gopalan, proceeding <u>in propria persona</u>, filed a complaint for "A Lawsuit to Win Against Misrepresentations and Imposters in the Government and in the USA" against Defendants Barack Hussein Obama III, U.S. Citizenship and Immigration Services, Rachael Ray, and Britney Spears. Accompanying the complaint, Plaintiff filed a Motion to Proceed in Forma Pauperis ("IFP"). (Docket No. 2.)

**Motion to Proceed IFP**

　　　　Any party instituting a civil action, suit, or proceeding in a United States District Court must pay a filing fee. <u>See</u> 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the fee only if the plaintiff is granted leave to proceed IFP under 28 U.S.C. § 1915(a). <u>See</u> <u>Rodriguez v. Cook</u>, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff declares that she was employed as recently as March 2009, earning $6600 per month, but is currently unemployed. Plaintiff declares that she has $1,000 in her bank accounts, possess no significant asset, and owes $25,000 on a recent

1  model Acura TL.  As it appears Plaintiff lacks sufficient funds to pay the civil filing fee, Plaintiff's
2  motion to proceed IFP (Doc. No. 2) is **GRANTED**.

3  **Sua Sponte Review of the Complaint**

4        The court is obligated to review a complaint filed IFP and must dismiss if the action is
5  frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief
6  against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B); see also Calhoun v.
7  Stahl, 254 F.3d 845 (9th Cir. 2001).  "[W]hen determining whether a complaint states a claim, a court
8  must accept as true all allegations of material fact and must construe those facts in the light most
9  favorable to the plaintiff."  Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000).

10        The complaint alleges that "Barack Obama as represented by the Media - Newspapers, TV,
11  Radio does not exist in reality."  (Compl. ¶ 1).  Rather, President Obama is an "I Chinged person and
12  does not live his life in the White House or anywhere else."  (Compl. ¶ 3).  "The term Government
13  was coined by me and its policies, guidelines, rules, agencies such as the FBI, the CIA were all a
14  figment of my imagination that accidentally went over through the metaphysical layer created by my
15  thoughts."  (Compl. ¶ 7).  Plaintiff also alleges that defendant Rachael Ray, the "fictitious hostess of
16  30-minute meals on Cable TV," stole her recipes and that the songs of Britney Spears were "I
17  Chinged" by her.  Based upon the above generally described conduct, Plaintiffs seeks compensation
18  in the amount of $50 billion, United States citizenship, and to be made President of the United States.
19

20        The court concludes that Plaintiff fails to allege a cognizable legal theory or sufficient facts
21  to support a cognizable legal theory.  The court does not have to accept as true allegations that "are
22  contradicted by the record, inherently incredible, or conclusions rather than statements of fact."
23  United States v. Michaud, 925 F.2d 37, 39 (1st Cir. 1991).  Here, the allegations are fantastical and
24  simply not credible.  Accordingly, the court dismisses the complaint.

25        While leave to amend is to be granted liberally to pro se litigants, courts should dismiss a
26  complaint for failure to state a claim when the factual allegations are insufficient "to raise a right to
27  relief above the speculative level."  Bell Atlantic Corp v. Twombly, __550 U.S. __, 127 S.Ct. 1955
28  (2007) (the complaint's allegations must "plausibly suggest[]" that the pleader is entitled to relief).

1  As there appears to be no circumstances under which Plaintiff can plausibly state a claim, the court
2  dismisses the complaint with prejudice and without leave to amend.
3      In sum, the court grants the motion to proceed <u>in forma pauperis</u> and dismisses the complaint
4  with prejudice and without leave to amend.
5  **IT IS SO ORDERED.**
6  DATED: May 5, 2009

                                         Hon. Jeffrey T. Miller
                                         United States District Judge

cc:     All parties