# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SHREEPRIYA GOPALAN

              V.

BARACK OBAMA; USCIS, RACHAEL RAY, BRITNEY SPEARS

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09 CV 0878JM (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to proceed in forma pauperis and dismisses the complaint with prejudice and without leave to amend............................................................................................................
................................................................................................................................................................

| May 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON May 6, 2009

09 CV 0878JM (POR)